# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 370 MAL 2018

          Respondent           :

                                      :    Petition for Allowance of Appeal from

                                      :    the Order of the Superior Court

          v.                         :

                                      :

JONATHAN COX,                    :

                                      :

          Petitioner             :

## ORDER

**PER CURIAM**

     **AND NOW**, this 9th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.